UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| V. | ) CRIMINAL NO. SA-23-CR-00445-DAE |
| | ) |
| (1) ADOLFO ANGEL ARRIAGA MEDRANO, | ) |
| (2) ISAAC RAY GONZALES, | ) |
| | ) |
| Defendants. | ) |

## ADVISORY TO THE COURT REGARDING FORFEITURE

COMES NOW the United States of America, Plaintiff, by and through the United States Attorney for the Western District of Texas, and files this Advisory to the Court Regarding Forfeiture. The United States respectfully advises the Court as follows:

### I.

On August 16, 2023, an Indictment (Doc. 3) was returned against the Defendants in the instant criminal case. The Indictment included a Notice of United States of America's Demand for Forfeiture which sought the forfeiture of specific personal property, namely:

1. Smith and Wesson model Bodyguard 380 pistol, .380 ACP caliber, bearing serial number KEW5722;
2. Springfield Armory model Hellcat Pro pistol, 9x19 mm caliber, bearing serial number BB298283;
3. Glock model 19 Gen 5 pistol, 9x19 mm caliber, bearing serial number BYUN964;
4. Israeli Weapon Industries model Tavor SAR rifle, .223 caliber, bearing serial number T0017408;
5. Rapid Fire model RFG223 rife, 7.62x39 mm caliber, bearing serial number RFG01473;
6. LWRC International model M6 rifle, 5.56x45 mm caliber, bearing serial number 35-09774;
7. Sig Sauer model P365 pistol, 9x19 mm caliber, bearing serial number 66A038480;
8. Smith and Wesson model SW9VE pistol, 9x19 mm caliber, bearing serial number RBT6358;
9. Kimber model Micro 9 pistol, 9x19 mm caliber, bearing serial number SCB0022755;
10. Smith and Wesson model SW40VE pistol, .40 caliber, bearing serial number DXA0679;

11. Springfield Armory model Hellcat pistol, 9x19 mm caliber, bearing serial number BA493431; and
12. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offenses,

hereinafter referred to as the Subject Property.

**II.**

The United States advises this Court that it will not seek judicial forfeiture of Subject Property Items #1-#8 and #10-#11 from the Defendants in the instant criminal case because these items have been administratively forfeited by the Bureau of Alcohol, Tobacco, Firearms and Explosives. The United States further advises that it will seek judicial forfeiture of the Kimber model Micro 9 pistol, 9x19 mm caliber, bearing serial number SCB0022755, Item #9, from the Defendants in the instant criminal case.

Respectfully submitted,

JAIME ESPARZA
United States Attorney

By: /s/
MARY NELDA G. VALADEZ
Assistant United States Attorney
Chief, Asset Forfeiture Section
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Tel: (210) 384-7040
Fax: (210) 384-7045
Texas Bar No. 20421844
Email: Mary.Nelda.Valadez@usdoj.gov

Attorneys for the United States of America

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2024, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participants:

Juan Carlos Hernandez
Hernandez Dauphin Legal
85 NE Loop 410, Ste 412
San Antonio, TX 78216
Email: juancarlos@hdlegalteam.com

*Attorney for ADOLFO ANGEL ARRIAGA MEDRANO*

Molly Lizbeth Roth
Federal Public Defender, TXW
San Antonio
300 Convent Street, Suite 2300
San Antonio, TX 78205
Email: molly_roth@rd.org

*Attorney for Defendant ISAAC RAY GONZALES*

/s/
MARY NELDA G. VALADEZ
Assistant United States Attorney
